No. 79–595.  NATURAL RESOURCES DEFENSE COUNCIL, INC., ET AL. v. LONG ISLAND LIGHTING CO.; and

No. 79–629.  LONG ISLAND LIGHTING CO. v. NEW YORK STATE PUBLIC SERVICE COMMISSION ET AL.  C. A. 2d Cir. Certiorari before judgment denied.

No. 79–598.  MICHAEL v. UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 79–603.  HOTEL CONQUISTADOR, INC. v. UNITED STATES; and

No. 79–742.  UNITED STATES v. HOTEL CONQUISTADOR, INC. Ct. Cl.  Certiorari denied.

No. 79–661.  LaGORGA v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 79–662.  BIRDMAN v. UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 79–679.  CONTINENTAL GROUP, INC., ET AL. v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 79–758.  GASORAMA, INC. v. IMPERIAL GAS COMPANY OF PUERTO RICO, INC.  Super. Ct. P. R.  Certiorari denied.

No. 79–760.  FLORES v. TEXAS.  Ct. Crim. App. Tex.  Certiorari denied.

No. 79–767.  STATE FARM FIRE & CASUALTY CO. v. HIME. Sup. Ct. Minn.  Certiorari denied.

No. 79–768.  DeJOHN v. PENNSYLVANIA.  Sup. Ct. Pa. Certiorari denied.